**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 160 MM 2014 |
| | : |
| Respondent | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| SELWYN D. KING, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc Pro Tunc</u> is **DENIED**.